UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attorneys: Company: Aaron Goodman PH: (516) 317-2273
Address: 13201 Roosevelt Avenue # 818015 Flushing, NY 11354

Job #: 23921

Aaron Goodman

v.

Experian Information Solutions, Inc. and Does 1-10

*Plaintiff*

*Defendant*

Civil Number: 19 Civ. 3070
Date Filed:
Client's File No.:
Court/Return Date:

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

**Reginald Hunter**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **April 11, 2019**, at **2:50 PM** at **28 Liberty Street, New York, NY 10005,** Deponent served the within **Summons and Complaint with Exhibits**

On: **Experian Information Solutions, Inc. c/o C T Corporation System**, Defendant therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to (**Process Specialist / Registered Agent**) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

Address confirmation:

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **Nora Dindyal** personally. Deponent knew said entity so served to be the entity described in said aforementioned document as said subject and knew said individual to be **Process Specialist / Registered Agent** thereof.

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail.

☒ **#6 DESCRIPTION**
Sex: Female      Color of skin: Indian      Color of hair: Black    Age: 55 - 65 Yrs.
Height: 5 ft 5 in - 5 ft 8 in      Weight: 100-130 Lbs.      Other Features:

☐ **#7 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on April 11, 2019

BRUCE LAZARUS
NOTARY PUBLIC - STATE OF NEW YORK
No. 01LA4992593
Qualified in New York County
My Commission Expires January 13, 2022

Reginald Hunter
1346142

205 East 42nd Street, New York, NY 10017
212-393-9070 www.legaleaseinc.com

**LEGALEASE** INC.

Aaron Goodman
3201 Roosevelt Ave.
#81801S
Flushing, NY 11354

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -3 AM 10: 16
S.D. OF N.Y.

Pro Se Intake Unit
Thurgood Marshall Courthouse
Room 105
40 Foley Square
New York, NY 10007

CERTIFIED MAIL

7019 0140 0000 8492 3053

10007-150299

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY
10036
APR 30, 19
AMOUNT
$2.95
R2305H130482-07