USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GOODMAN,**

                        **Plaintiff,**

          **-against-**

**EXPERIAN INFORMATION SOLUTIONS, INC., ET AL,**

                        **Defendants.**

**19-cv-3070(ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 24, 2020.

**SO ORDERED.**

Dated: June 18, 2020
       New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**