UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON GOODMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-03070<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 7/1/20 |

**STIPULATION OF DISMISSAL**

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Aaron Goodman and Defendant Experian Information Solutions, Inc. hereby agree and stipulate that the above-captioned action may be dismissed in its entirety with prejudice, without costs or fees to any party.

Dated: June 19, 2020

_____
Aaron Goodman
13201 Roosevelt Avenue
#818015
Flushing, NY 11354
aarongoodman@protonmail.com
*Pro Se Plaintiff*

Dated: June 19, 2020

_____
James M. Gross
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3733
jgross@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/1/20
Copies Mailed to Plaintiff by Chambers